■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARRY SEMLJATSCHENKO, Appellant. [903 NYS2d 257]—Appeal by

the defendant from a judgment of the Supreme Court, West-chester County (Neary, J.), rendered May 27, 2009, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Miller, Eng, Hall and Austin, JJ., concur.